# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2024
Lower Tribunal No. 2016-CF-003718

_____

MARCO LAROSA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and KAMOUTSAS, JJ., concur.


Marco Larosa, Century, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED